IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE OFFICIAL STANFORD INVESTORS COMMITTEE; and PHILIP A. WILKINSON, and HORACIO MENDEZ, individually and on behalf of a class of all others similarly situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>ADAMS AND REESE, LLP; JAMES AUSTIN; BREAZEALE, SACHSE & WILSON, LLP; CLAUDE REYNAUD; J.D. PERRY; REBECCA HAMRIC; MICHAEL CONTORNO; LOUIS FOURNET; JAY COMEAUX; CORDELL HAYMON; THOMAS FRAZER; ZACK PARRISH; DANIEL BOGAR; and JASON GREEN,<br><br>      Defendants. | Case No. 3:11-cv-0329-N |

**STIPULATION AND [PROPOSED] ORDER
DISMISSING CERTAIN CLAIMS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure by and among the Official Stanford Investors Committee, Philip A. Wilkinson, and Horacio Mendez (collectively, "Plaintiffs"), on the one hand, and Defendants Adams and Reese LLP and James Austin (together "A&R"), Breazeale, Sachse & Wilson, LLP ("BSW"), Cordell Haymon ("Haymon"), and Lynnette B. Frazer, Individually and as Independent Executrix of the Estate of Thomas L. Frazer ("Frazer"), on the other hand, by and through their undersigned counsel, that all claims and causes of action asserted by Plaintiffs against A&R, BSW, Haymon, and Frazer in the above-captioned case are dismissed with prejudice and without costs. Plaintiffs also dismiss with prejudice and without costs all claims

asserted against Claude Reynaud ("Reynaud") that are based upon, arise out of, are attributable to, or result from any act, error, omission, circumstance, personal injury, or breach of duty in the rendition of legal services for others (including, but not limited to, The Stanford Trust Company, The Stanford Group Company, The Stanford Financial Group Company, and any other affiliated entity or individual) in Reynaud's capacity as a lawyer.  This order does not apply to claims for breach of fiduciary duty against Reynaud that are based upon, arise out of, are attributable to, or result from Reynaud's activities as an officer or director of the Stanford Trust Company.

RESPECTFULLY SUBMITTED this 29th day of October, 2015.

**CASTILLO SNYDER, P.C.**

By: */s/ Edward C. Snyder*
Edward C. Snyder (esnyder@casnlaw.com)
Jesse R. Castillo (jcastillo@casnlaw.com)
300 Convent Street, Suite 1020
San Antonio, Texas 78205
(210) 630-4200
(210) 630-4210 (Facsimile)

*Attorneys for Plaintiffs*

**BUTZEL LONG PC**

By: */s/ Peter D. Morgenstern*
Peter D. Morgenstern
(morgenstern@butzel.com)
885 Third Avenue, 22nd Floor
New York, New York 10022
(212) 750-6776
(212) 750-3128 (Facsimile)

*Attorneys for Plaintiffs*

**NELIGAN FOLEY, LLP**

By: */s Nicholas A. Foley*
Nicholas A. Foley (nfoley@neliganlaw.com)
Douglas J. Buncher
(dbuncher@negliganlaw.com)
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
(214) 840-5320
(214) 840-5301 (Facsimile)

*Attorneys for Plaintiffs*

**JOSEPH HAGE AARONSON LLC**

By: */s/ Gregory P. Joseph*
Gregory P. Joseph (gjoseph@jhany.com)
Douglas J. Pepe (dpepe@jhany.com)
Jeffrey H. Zaiger (jzaiger@jhany.com)
Courtney A. Solomon (csolomon@jhany.com)
485 Lexington Avenue, 30th Floor
New York, NY  10017
(212) 407-1200
(212) 407-1299 (Facsimile)

*Attorneys for Defendants Adams and Reese LLP and James Austin*

| | |
|---|---|
| **KELLY HART & HALLMAN LLP** | **THOMPSON, COE, COUSINS & IRONS, L.L.P.** |
| By: *David E. Keltner* | By: */s/ Thomas A. Culpepper* |
| David E. Keltner | Thomas A. Culpepper |
| (david.keltner@kellyhart.com) | tculpepper@thompsoncoe.com |
| 201 Main Street, Suite 2500 | Stephen C. Richman |
| Fort Worth, Texas 76102 | srichman@thompsoncoe.com |
| (817) 878-3560 | 700 N. Pearl Street – 25th Floor |
| (817) 878-9760 (Facsimile) | Dallas, Texas 75201-2832 |
| | (214) 871-8200 |
| *Local Attorneys for Defendants Adams and Reese LLP and James Austin* | (214) 871-8209 (Facsimile) |
| | *Attorneys For Breazeale, Sachse & Wilson, LLP* |

**JACKSON WALKER L.L.P.**

By: */s/ Charles L. Babcock*
Charles L. Babcock
Federal Bar No. 10982
cbabcock@jw.com
Kurt A. Schwarz
Texas State Bar No. 17871550
kschwarz@jw.com
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
(214) 953-5822 (Facsimile)

Joel R. Glover
Federal Bar No. 2221289
jglover@jw.com
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752-4200
(713) 308-4114 (Facsimile)

*Attorneys for Defendant Cordell Haymon and Lynnette B. Frazer, Individually and as Independent Executrix of the Estate of Thomas L. Frazer*

SO ORDERED this _____ day of _____, 2015

                   _____
                   UNITED STATES DISTRICT JUDGE

83446v.1