IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| The OFFICIAL STANFORD INVESTORS COMMITTEE; and PHILIP A. WILKINSON, and HORACIO MENDEZ, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br><br>VS.<br><br>ADAMS & REESE, LLP; JAMES AUSTIN; BREAZEALE, SACHSE & WILSON, LLP; CLAUDE REYNAUD; J.D. PERRY; REBECCA HAMRIC; MICHAEL CONTORNO; LOUIS FOURNET; JAY COMEAUX; JAMES WELLER; CORDELL HAYMON; THOMAS FRAZER; ZACK PARRISH; DANIEL BOGAR; and JASON GREEN,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:11-cv-0329-N |

## NOTICE OF DISMISSAL OF MICHAEL CONTORNO

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COME PLAINTIFFS The Official Stanford Investors Committee (collectively the "Movants"), Philip A. Wilkinson and Horacio Mendez, individually and on behalf of a class of all others similarly situated, (collectively the "Plaintiffs"), and provide notice to the Court pursuant to FRCP 41(a)(1)(A) that they hereby voluntarily dismiss their claims asserted against Defendant Michael Contorno ( "Contorno") in this Cause with prejudice to the re-filing of same. All claims of Plaintiffs against Contorno have been resolved by settlement. Contorno has not yet filed an Answer. Therefore, dismissal by Notice under Rule 41(a)(1)(A) is proper

---

NOTICE OF DISMISSAL OF MICHAEL CONTORNO                                                      Page 1
84212v.1

Dated: March 16, 2016

Respectfully submitted,

| **CASTILLO SNYDER, P.C.** | **BUTZEL LONG, P.C.** |
|---|---|
| By: */s/ Edward C. Snyder*<br>    Edward C. Snyder<br>    esnyder@casnlaw.com<br>    Jesse R. Castillo<br>    jcastillo@casnlaw.com<br>    One Riverwalk Place<br>    700 N. St. Mary's, Suite 405<br>    San Antonio, Texas 78205<br>    (210) 630-4200<br>    (210) 630-4210  (Facsimile) | By: */s/ Peter D. Morgenstern*<br>    Peter D. Morgenstern<br>    *(admitted pro hac vice)*<br>    morgenstern@butzel.com<br>    380 Madison Avenue<br>    22nd Floor<br>    New York, New York  10017<br>    (212) 818-1110<br>    (212) 818-0494  (Facsimile) |

**NELIGAN FOLEY LLP**

By: */s/ Douglas J. Buncher*
    Douglas J. Buncher
    Texas State Bar No. 03342700
    dbuncher@neliganlaw.com
    Republic Center
    325 N. St. Paul, Suite 3600
    Dallas, Texas  75201
    (214) 840-5300
    (214) 840-5301 (Facsimile)

**ATTORNEYS FOR THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

On March 16, 2016, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure.

                    By: */s/ Douglas J. Buncher*
                        Douglas J. Buncher