**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, ARCH SPECIALITY INSURANCE CO., AND LEXINGTON INSURANCE CO.** *Plaintiff,* | § | **Case No. 03:13-CV-02226-B** |
| **v.** | § | |
| **PABLO M. ALVARADO, ET AL.** *Defendants.* | § | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL** *Plaintiff,* | § | |
| **v.** | § | **Case No. 03:09-CV-0724-N** |
| **JAMES ALGUIRE,** ***et al*.** *Defendants* | § | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL** *Plaintiff,* | § | **Case No. 03:10-CV-0478-N** |
| **v.** | § | |
| **GILBE CORP,** ***et al*.** . *Defendants* | § | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL** | § | |
| ***Plaintiff,*** | § | |
| | § | **Case No. 03:12-CV-4641-N** |
| | § | |
| **v.** | § | |
| | § | |
| **GREENBERG TRAURIG, LLP, HUNTON & WILLIAMS, LLP, AND YOLANDA SUAREZ,** | § | |
| ***Defendants.*** | § | |

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL** | § | |
| ***Plaintiff,*** | § | |
| | § | **Case No. 3:13-CV-0477-N** |
| | § | |
| **v.** | § | |
| | § | |
| **PROSKAUER ROSE, LLP, CHADBOURNE & PARKE, LLP, AND THOMAS J. SJOBLOM,** | § | |
| ***Defendants.*** | § | |

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RALPH S. JANVEY, IN HIS CAPACITY** | § | |
| **AS COURT-APPOINTED RECEIVER** | § | |
| **FOR THE STANFORD INTERNATIONAL** | § | |
| **BANK, LTD., ET AL** | § | |
| ***Plaintiff,*** | § | |
| | § | **Case No. 3:11-CV-1659** |
| **v.** | § | |
| | § | |
| **JUAN ALBERTO RINCON** | § | |
| ***Defendant.*** | § | |

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RALPH S. JANVEY, IN HIS CAPACITY** | § | |
| **AS COURT-APPOINTED RECEIVER** | § | |
| **FOR THE STANFORD INTERNATIONAL** | § | |
| **BANK, LTD., ET AL** | § | |
| ***Plaintiff,*** | § | |
| | § | **Case No. 03:14-CV-3559-N** |
| **v.** | § | |
| | § | |
| **L. JACK STALEY** | § | |
| ***Defendant.*** | § | |

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RALPH S. JANVEY, IN HIS CAPACITY** | § | |
| **AS COURT-APPOINTED RECEIVER** | § | |
| **FOR THE STANFORD INTERNATIONAL** | § | |
| **BANK, LTD.; *et al.* -** | § | |
| ***Plaintiffs*** | § | |
| | § | **Case No. 03:10-CV-0366-N** |
| **v.** | § | |
| | § | |
| **MIGUEL VENGER; *et al.* -** | § | |
| ***Defendant.*** | § | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **THE OFFICIAL STANFORD INVESTORS COMMITTEE, AND PHILLIP A. WILKINSON, AND HORACIO A. MENDEZ, INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL OTHER SIMILARLY SITUATED,** | § | |
| ***Plaintiffs,*** | § | |
| **V.** | § | **Case No. 3:11-CV-0329-N** |
| **BREAZEALE, SACHSE & WILSON, LLP, ET AL.,** | § | |
| ***Defendants*.** | § | |

---

**MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL**

---

Defendants, by and through undersigned counsel, respectfully file this Motion for Leave to Proceed Without Local Counsel, and in support thereof states:

1. Undersigned counsel, Michael J. Stanley of the law firm Stanley Law, P.C., is a member in good standing of the Texas Bar, where he regularly practices law.

2. Undersigned counsel, Michael J. Stanley is admitted to practice in the United States District Court for the Northern District of Texas and has familiarized himself with the Local Rules for the Northern District of Texas.

3. Defendants are former employees of Stanford International Bank, Ltd. (SIBL) and individual investors who invested in SIBL CDs. These Defendants are domiciled all across the United States. Defendants have engaged litigation counsel in Houston, Texas. The expense of also engaging local counsel in the Northern District of Texas will likely cause a significant financial burden to Defendants. Moreover, Defendants' Houston-based counsel can attend any

pertinent Court proceedings telephonically and, if required to attend such proceeding in person, can make travel arrangements to do so. Finally, neither the Court nor other counsel, including counsel for the Receiver, will suffer any prejudice resulting from the requested relief.

4. Dispensing with the requirement of local counsel would spare Defendants unnecessary expense and financial hardship.

5. Pursuant to Local Rule 83.10(a), "[a]ttorneys desiring to proceed without local counsel must obtain leave from the presiding judge." Defendants respectfully submit that the circumstances discussed constitute good cause for the Court to exercise its discretion under Local Rule 83.10(a) to allow Defendants to proceed in this action without the need to engage local counsel.

WHEREFORE, Defendants respectfully request this Court's Order Granting Defendants Leave to Proceed Without Local Counsel, and any and all other relief which the Court may deem just and proper.

Dated: December 5, 2017.

Respectfully submitted,

**STANLEY LAW, P.C.**

/s/ *Michael J. Stanley*
Michael J. Stanley
State Bar No. 1904660
230 Westcott Street, Suite 120
Houston, Texas 77007
Telephone: 713-980-4381
Facsimile: 713-9801179
mstanley@stanleylaw.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that pursuant to the Federal Rules of Civil Procedure a true and correct copy of the above and foregoing document was served via ECF on counsel of record on this the December 5, 2017.

/s/ *Michael J. Stanley*
Michael J. Stanley