**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CERTAIN UNDERWRITERS AT LLOYD'S** | § | |
| **OF LONDON, ARCH SPECIALITY** | § | |
| **INSURANCE CO., AND LEXINGTON** | § | |
| **INSURANCE CO.** | § | |
| ***Plaintiff,*** | § | **Case No. 03:13-CV-02226-B** |
| | § | |
| **v.** | § | |
| | § | |
| **PABLO M. ALVARADO, ET AL.** | § | |
| ***Defendants.*** | § | |

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RALPH S. JANVEY, IN HIS CAPACITY** | § | |
| **AS COURT-APPOINTED RECEIVER** | § | |
| **FOR THE STANFORD INTERNATIONAL** | § | |
| **BANK, LTD., ET AL** | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **Case No. 03:09-CV-0724-N** |
| | § | |
| **JAMES ALGUIRE, *et al*.** | § | |
| ***Defendants*** | § | |

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RALPH S. JANVEY, IN HIS CAPACITY** | § | |
| **AS COURT-APPOINTED RECEIVER** | § | |
| **FOR THE STANFORD INTERNATIONAL** | § | |
| **BANK, LTD., ET AL** | § | |
| ***Plaintiff,*** | § | **Case No. 03:10-CV-0478-N** |
| **v.** | § | |
| | § | |
| **GILBE CORP, *et al*.** . | § | |
| ***Defendants*** | § | |

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL** | § | |
| ***Plaintiff,*** | § | |
| | § | **Case No. 03:12-CV-4641-N** |
| **v.** | § | |
| **GREENBERG TRAURIG, LLP, HUNTON & WILLIAMS, LLP, AND YOLANDA SUAREZ,** | § | |
| ***Defendants.*** | § | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL** | § | |
| ***Plaintiff,*** | § | |
| | § | **Case No. 3:13-CV-0477-N** |
| **v.** | § | |
| **PROSKAUER ROSE, LLP, CHADBOURNE & PARKE, LLP, AND THOMAS J. SJOBLOM,** | § | |
| ***Defendants.*** | § | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RALPH S. JANVEY, IN HIS CAPACITY** | **§** | |
| **AS COURT-APPOINTED RECEIVER** | **§** | |
| **FOR THE STANFORD INTERNATIONAL** | **§** | |
| **BANK, LTD., ET AL** | **§** | |
| ***Plaintiff,*** | **§** | |
| | **§** | **Case No. 3:11-CV-1659** |
| **v.** | **§** | |
| | **§** | |
| **JUAN ALBERTO RINCON** | **§** | |
| ***Defendant.*** | **§** | |

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RALPH S. JANVEY, IN HIS CAPACITY** | **§** | |
| **AS COURT-APPOINTED RECEIVER** | **§** | |
| **FOR THE STANFORD INTERNATIONAL** | **§** | |
| **BANK, LTD., ET AL** | **§** | |
| ***Plaintiff,*** | **§** | |
| | **§** | **Case No. 03:14-CV-3559-N** |
| **v.** | **§** | |
| | **§** | |
| **L. JACK STALEY** | **§** | |
| ***Defendant.*** | **§** | |

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RALPH S. JANVEY, IN HIS CAPACITY** | **§** | |
| **AS COURT-APPOINTED RECEIVER** | **§** | |
| **FOR THE STANFORD INTERNATIONAL** | **§** | |
| **BANK, LTD.; *et al.* -** | **§** | |
| ***Plaintiffs*** | **§** | |
| | **§** | **Case No. 03:10-CV-0366-N** |
| **v.** | **§** | |
| | **§** | |
| **MIGUEL VENGER; *et al.* -** | **§** | |
| ***Defendant.*** | **§** | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **THE OFFICIAL STANFORD INVESTORS COMMITTEE, AND PHILLIP A. WILKINSON, AND HORACIO A. MENDEZ, INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL OTHER SIMILARLY SITUATED,** | § | |
| ***Plaintiffs,*** | § | |
| | § | |
| **V.** | § | **Case No. 3:11-CV-0329-N** |
| | § | |
| **BREAZEALE, SACHSE & WILSON, LLP, ET AL.,** | § | |
| ***Defendants*.** | § | |

**ORDER GRANTING MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL**

ON THIS DAY, came on to be heard Defendants' Motion for Leave to Proceed Without Local Counsel, and the Court, after considering the same, is of the opinion that the Motion is meritorious and should be in all things GRANTED.

ORDERED, ADJUDGED AND DECREED that leave is given to Defendants to proceed in this action without the need to engage local counsel.

DATE: ______________________

__________________________________
JUDGE PRESIDING