**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| THE OFFICIAL STANFORD INVESTORS COMMITTEE; and PHILIP A. WILKINSON, and HARACIO MENDEZ, individually and on behalf of a class of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>ADAMS & REESE, LLP, ET AL.,<br><br>Defendants. | § | Civil Action No. 3:11-CV-00329-N-BG |

---

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITYAS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK , LTD, ET AL., and THE OFFICIAL STANFORD INVESTORS COMMITTEE,<br><br>Plaintiffs,<br><br>v.<br><br>ADAMS & REESE, LLP, ET AL.,<br><br>Defendants. | § | Civil Action No. 3:12-CV-00495-N-BQ |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the Agreed Motion to Dismiss with Prejudice, it is hereby ORDERED that:

1. All claims in the above-captioned actions by Plaintiffs Ralph S. Janvey, in his capacity as the Court-appointed Receiver for Stanford International Bank, Ltd., et al., and the Official Stanford Investors Committee (collectively, "Plaintiffs"), against Defendant Claude F. Reynaud, Jr. ("Defendant" and, together with the Plaintiffs, the "Parties"), are hereby DISMISSED WITH PREJUDICE.

2. The Parties will bear their own costs, expenses, and attorneys' fees.

SIGNED October 8, 2021.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE